# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| JULIO BROWN BANOS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 00-N-2754-M |
| IMMIGRATION AND NATURALIZATION SERVICE, | ) ) ) ) | |
| Respondent. | ) | |

**ENTERED** APR 26 2002

## MEMORANDUM OPINION

The petitioner, Julio Brown Banos, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondent filed a response to this court's order to show cause why the relief should not be granted. (Doc. 3). On April 4, 2002, the respondent filed a motion to dismiss the petition as being moot due to the fact that the petitioner has been released on INS supervised release. (Doc. 6). The court has afforded the petitioner an opportunity to respond and he has failed to do so.

Premised on the foregoing, the respondent's motion to dismiss as moot is due to be granted. Banos's petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE**, this 25th day of April, 2002.

_____
EDWIN L. NELSON
United States District Judge

